## United States District Court for the Northern District of Illinois

Case Number: 08CV3547    Assigned/Issued By: DAJ

Judge Name: LEINENWEBER    Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 4624004616

Date Payment Rec'd: 06/20/08    Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets    (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1  Original and  0  copies on  06/20/08  as to  DEF.
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05