**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV3547 |
| Katie Lindsey v. Walgreen Co. | Judge Harry D. Leinenberger |
| | Magistrate Judge Ashman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Walgreen Co.

| | |
|---|---|
| NAME (Type or print) | |
| Laura A. Lindner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Laura A. Lindner | |
| FIRM | Lindner & Marsack, S.C. |
| STREET ADDRESS | 225 W. Washington, Suite 2200 |
| CITY/STATE/ZIP | Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6216444 | TELEPHONE NUMBER (312) 924-0265 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL         APPOINTED COUNSEL | |