UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATIE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV3547 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | Magistrate Judge Ashman |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008 I electronically filed ***Defendant's Answer to Plaintiff's Complaint*** and ***Attorney Appearance Form of Laura A. Lindner*** pursuant to Fed. R. Civ. P. 5(a) with the Clerk of Court using the ECF system which will send notification of such filing to counsel for the Plaintiff, Barry A. Gomberg

I also hereby certify that I have mailed a courtesy copy to the Honorable Harry D. Leinenberger's chambers.

Respectfully submitted this 16th day of July, 2008.

                                                  WALGREEN CO.

                                                  By:  s/ Laura A. Lindner
                                                          One of Its Attorneys

Laura A. Lindner
LINDNER & MARSACK, S.C.
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
(414) 273-3910
(414) 273-0522 (facsimile)
llindner@lindner-marsack.com